In the Matter of MARY VERONICA SANTIAGO-MONTEVERDE, Debtor.

MARY VERONICA SANTIAGO-MONTEVERDE, Appellant, v JOHN S. PEREIRA, Chapter 7 Trustee, Respondent.

Submitted September 29, 2014; decided October 16, 2014

*See* 747 F3d 153.

Motion by City of New York for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.